**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Brandy Shela Hatcher** | Social Security number or ITIN **xxx–xx–4650** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Louisiana** | Date case filed for chapter **7**   **12/13/17** |
| Case number: | **17–13324 Section B Office Code: 2** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brandy Shela Hatcher | |
| 2. | **All other names used in the last 8 years** | aka Brandy Hatcher Wilson, aka Brandie Hatcher | |
| 3. | **Address** | 3801 Eastview Drive<br>Harvey, LA 70058 | |
| 4. | **Debtor's attorney**<br>Name and address | Andrea M. Jeanmarie<br>Southeast Louisiana Legal Services<br>2439 Manhattan Boulevard<br>Suite 103<br>Harvey, LA 70058 | Contact phone (504) 374–0977<br><br>Email: ajeanmarie@slls.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronald J. Hof<br>9905 Jefferson Hwy.<br>River Ridge, LA 70123 | Contact phone (504) 305–1591<br><br>Email: la44@ecfcbis.com ––> |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B–601<br>New Orleans, LA 70130 | Hours open:<br>8:30 – 4:30 Monday – Friday<br><br>Contact phone (504) 589–7878<br><br>Date: 12/13/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>At the meeting, the trustee may give oral notice of an intention to abandon estate property. | Location:<br><br>**F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |

Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.

**NOTICE:** FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.

| | | |
|---|---|---|
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/19/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **Financial Management Course:** | Certification About a Financial Management Course (Official Form 423) for individual chapter 7 debtor due 60 day after first date set for the meeting of creditors. | |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                Case No. 17-13324-JAB
Brandy Shela Hatcher                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 053L-2          User: admin              Page 1 of 2            Date Rcvd: Dec 14, 2017
                              Form ID: 309A            Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
```
db         +Brandy Shela Hatcher,    3801 Eastview Drive,    Harvey, LA 70058-2155
smg        +Collector of Revenue,    City of New Orleans,    Department of Finance,
             1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg         Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
             Baton Rouge, LA 70896-6658
smg         U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
             New Orleans, LA  70130-7212
3583502    +A.R. McComiskey, Attorney at Law,    3228 6th Street,    Metairie, LA 70002-1677
3583503    +All Tran Financial, LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
3583504     Asset Recovery Solutions, LLC,    2200 E. Devon Ave,    Ste 200,    Des Plaines, IL 60018-4501
3583506    +Bureaus Investment Group Portfolio no15,    650 Dundee Rd,    Suite 370,
             Northbrook, IL 60062-2757
3583508    +Byrionne A. Hatcher,    3801 Eastview Drive,    Harvey, LA 70058-2155
3583512   ++CARTER YOUNG INC,    882 N MAIN STREET,    SUITE 120,    CONYERS GA 30012-4442
            (address filed with court: Carter - Young,    882 N. Main Street,    Ste. 120,
             Conyers, GA 30012)
3583511     Capital One Bank,    PO Box 85057,    Richmond, VA 23285-5057
3583513    +Certified Bureau of the,    4621 W. Napoleon Street,    Suite 205,    Metairie, LA 70001-2482
3583515    +Chase Bank,    Mail Code OH1-1272,    PO Box 182223,    Columbus, OH 43218-2223
3583516    +Chase Bank,    OH1-1272,    P.O. Box 182223,    Columbus, OH 43218-2223
3583517     City of New Orleans, Photo Safety Progra,    P.O. Box 22091,    Tempe, AZ 85285-2091
3583518    +Client Services, INC,    3451 Harry Truman Blvd.,    Saint Charles, MO 63301-9816
3583526    +D'Aquila, Volk, Mullins & Contrearas,    3329 Florida Avenue,    Kenner, LA 70065-3600
3583529     ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
3583528    +Eaton Group Attorneys, LLC,    P.O. Box 3001,    Baton Rouge, LA 70821-3001
3583531    +Exchange at Baton Rouge Apts,    449 Ben Hur Road,    Baton Rouge, LA 70820-4100
3583534    +Hannan, Giusti, & Hannan, LLP,    Attorneys at Law,    2201 Ridgelake Drive,
             Metairie, LA 70001-2097
3583536    +JP Morgan Chase Bank,    Mail Code OH1-1272,    PO Box 182223,    Columbus, OH 43218-2223
3583535    +Jefferson Capital Systems,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
3583537     Louisiana Dept of Public Safety and Corr,    PO Box 64886,    Baton Rouge, LA 70896-4886
3583538    +Louisiana Office of Debt Recovery,    State of Louisiana,    PO Box 3315,
             Baton Rouge, LA 70821-3315
3583543     Navient US Dept. Education Loan Svg,    PO Box 9635,    Wilkes Barre, PA 18773-9635
3583544     Neiman Marcus - Capital One,    PO Box 729080,    Dallas, TX 75372-9080
3583545    +New Orleans Federal Fireman's Credit Uni,    PO Box 689,    Metairie, LA 70004-0689
3583547     Professional Account Management, L.L.C.,    P.O. Box 391,    Milwaukee, WI 53201-0391
3583548    +Progressive Auto Insurance Agency,    PO Box 6807,    Cleveland, OH 44101-1807
3583550    +Rausch, Sturm, Israel, Enerson & Hornide,    250 N. Sunnyslope Road, Suite 300,
             Brookfield, WI 53005-4800
3583552    +Saks Fifty Avenue - Capital One,    Attn: Customer Care,    3455 Hwy 80 West,
             Jackson, MS 39209-7294
3583554     T-Mobile USA, Customer Service,    PO Box 37380,    Albuquerque, NM 87176-7380
3583559     US Department of Education,    PO Box 105193,    Atlanta, GA 30348-5193
3583557     US Department of Education,    PO Box 36008,    Knoxville, TN 37930-6008
3583560    +West Jefferson Medical Center,    1101 Medical Center Blvd.,    Marrero, LA 70072-3191
3583561     West Jefferson Physician Services,    PO Box 919245,    Dallas, TX 75391-9245
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: ajeanmarie@slls.org Dec 14 2017 19:29:00     Andrea M. Jeanmarie,
              Southeast Louisiana Legal Services,    2439 Manhattan Boulevard,    Suite 103,
              Harvey, LA   70058
tr          +EDI: BRJHOF.COM Dec 14 2017 19:28:00     Ronald J. Hof,    9905 Jefferson Hwy.,
              River Ridge, LA 70123-2530
smg         +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 14 2017 19:29:28     Louisiana Workforce Commission,
              UI Tax Liability and Adjudications,    Attn: Bankruptcy Unit,    1001 N. 23rd Street,
              Baton Rouge, LA 70802-3338
ust         +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Dec 14 2017 19:29:13     Office of the U.S. Trustee,
              400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3583509      EDI: CAPITALONE.COM Dec 14 2017 19:28:00     Capital One,    PO Box 60599,
              City of Industry, CA 91716-0599
3583514     +EDI: CHASE.COM Dec 14 2017 19:28:00     Chase Bank,    OH1-1272,    340 S. Cleveland Ave.,
              Bldg. 370,    Westerville, OH 43081-8917
3583520     +EDI: CONVERGENT.COM Dec 14 2017 19:28:00     Convergent Outsourcing,    800 SW 39th Street,
              Renton, WA 98057-4975
3583521      EDI: CONVERGENT.COM Dec 14 2017 19:28:00     Convergent Outsourcing, Inc.,    PO Box 9004,
              Renton, WA 98057-9004
3583522     +E-mail/Text: CCICollectionsGlobalForms@cox.com Dec 14 2017 19:29:37     Cox Communications,
              Department #102430,    PO Box 1259,    Oaks, PA 19456-1259
3583523     +EDI: CCS.COM Dec 14 2017 19:28:00     Credit Control Services Inc.,    725 Canton Street,
              Norwood, MA 02062-2679
3583525      EDI: RCSFNBMARIN.COM Dec 14 2017 19:28:00     Credit One Bank,    P.O. Box 98873,
              Las Vegas, NV 89193-8873
```

```
District/off: 053L-2          User: admin              Page 2 of 2               Date Rcvd: Dec 14, 2017
                              Form ID: 309A            Total Noticed: 64
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
3583524         EDI: RCSFNBMARIN.COM Dec 14 2017 19:28:00      Credit One Bank,   PO Box 60500,
                 City Of Industry, CA 91716-0500
3583527        +EDI: WFFC.COM Dec 14 2017 19:28:00      Dillard's Card Services/ Wells Fargo Bk,   MAC N8235-040,
                 7000 Vista Drive,   West Des Moines, IA 50266-9310
3583530        +E-mail/Text: bknotice@erccollections.com Dec 14 2017 19:29:16       ERC,   8014 Bayberry Road,
                 Jacksonville, FL 32256-7412
3583532         EDI: BLUESTEM Dec 14 2017 19:28:00      Fingerhut (Metabank),    P.O. Box 166,
                 Newark, NJ 07101-0166
3583533        +EDI: LEADINGEDGE.COM Dec 14 2017 19:28:00      Global Credit & Collection Corp,
                 5440 N. Cumberland Ave.,   Ste. 300,   Chicago, IL 60656-1486
3583539        +EDI: RESURGENT.COM Dec 14 2017 19:28:00      LVNV Funding, LLC,   15 South Main Street,
                 Suite 600,   Greenville, SC 29601-2768
3583540        +EDI: MERRICKBANK.COM Dec 14 2017 19:28:00      Merrick Bank,   PO Box 9201,
                 Old Bethpage, NY 11804-9001
3583541        +EDI: MID8.COM Dec 14 2017 19:28:00      Midland Credit Management,    2365 Northside Drive,
                 Suite 300,   San Diego, CA 92108-2709
3583542         EDI: MID8.COM Dec 14 2017 19:28:00      Midland Credit Management, Inc.,    P.O. Box 60578,
                 Los Angeles, CA 90060-0578
3583546         EDI: PRA.COM Dec 14 2017 19:28:00      Portfolio Recovery Associates LLC,   PO Box 12914,
                 Norfolk, VA 23541
3583549         EDI: RMSC.COM Dec 14 2017 19:28:00      QVC,   1200 Wilson Drive at Studio Park,
                 West Chester, PA 19380
3583551        +E-mail/Text: bankruptcy@republicfinance.com Dec 14 2017 19:29:43       Republic Finance,
                 7031 Commerce Cir.,   Baton Rouge, LA 70809-1996
3583553         EDI: RMSC.COM Dec 14 2017 19:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Department,
                 PO Box 965060,   Orlando, FL 32896-5060
3583555        +EDI: TCISOLUTIONS.COM Dec 14 2017 19:28:00      Total Card Inc.,   5109 s. Broadband Lane,
                 Sioux Falls, SD 57108-2208
3583556        +EDI: TCISOLUTIONS.COM Dec 14 2017 19:28:00      Total Card, Inc.,   P.O. Box 89725,
                 Sioux Falls, SD 57109-9725
3583558         EDI: ECMC.COM Dec 14 2017 19:28:00      US Department of Education,    Bankruptcy Department,
                 PO Box 65128,   Saint Paul, MN 55165
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3583505*        Asset Recovery Solutions, LLC,   2200 E. Devon Ave.,   Ste 200,   Des Plaines, IL 60018-4501
3583507*       +Bureaus Investment Group Portfolio no15,   650 Dundee Rd,   Suite 370,
                 Northbrook, IL 60062-2757
3583510*        Capital One,   PO Box 60599,   City of Industry, CA 91716-0599
3583519*       +Client Services, INC,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0